EXHIBIT "1"
TO THE PLAINTIFF'S COMPLAINT

SUMMARY OF DEFENDANTS' IP ADDRESS DATA

| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 68.108.168.73 | 45933 | Azureus 5.7.0 | 2016-01-25 00:25:07 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 2 | 70.170.91.20 | 1476 | µTorrent 3.4.5 | 2016-01-25 02:05:22 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 3 | 70.170.115.25 | 34324 | Azureus 5.7.0 | 2016-01-25 20:35:57 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 4 | 24.234.106.194 | 51413 | Transmission 2.8.4 | 2016-01-25 22:21:24 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 5 | 68.108.70.253 | 18058 | µTorrent 3.4.5 | 2016-01-26 02:22:01 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 6 | 68.229.48.242 | 44822 | µTorrent Mac 1.8.7 | 2016-01-26 03:29:33 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 7 | 68.229.62.87 | 55876 | Azureus 5.7.0 | 2016-01-26 06:03:26 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 8 | 68.224.32.170 | 40607 | µTorrent 3.4.5 | 2016-01-28 03:29:55 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 9 | 68.224.148.98 | 30369 | qBittorrent 3.3.1 | 2016-01-30 05:33:22 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 10 | 72.193.133.68 | 43365 | µTorrent 3.4.5 | 2016-01-30 07:27:21 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 11 | 68.108.56.206 | 61874 | DelugeTorrent 2.4.1 | 2016-01-30 07:54:18 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 12 | 68.224.0.73 | 59387 | BitTorrent 7.9.5 | 2016-01-30 08:50:24 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 13 | 98.160.133.114 | 51342 | [unknown Client] | 2016-01-30 20:04:47 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 14 | 68.224.104.161 | 45437 | µTorrent 3.4.5 | 2016-01-31 17:30:50 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | N. Las Vegas |
| 15 | 70.170.122.94 | 19357 | µTorrent 3.4.5 | 2016-02-01 06:23:16 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 16 | 98.160.237.63 | 57716 | µTorrent 3.4.5 | 2016-02-01 08:02:10 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 17 | 72.193.18.233 | 57163 | TuoTu 1.5.5 | 2016-02-02 16:51:39 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 18 | 24.253.18.85 | 30796 | µTorrent 3.4.5 | 2016-02-03 02:15:06 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 19 | 68.224.119.34 | 49398 | µTorrent 3.4.5 | 2016-02-04 04:59:19 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 20 | 70.180.167.143 | 53952 | libtorrent 1.1.0 | 2016-02-04 12:47:10 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 21 | 70.170.12.46 | 53737 | µTorrent 3.4.5 | 2016-02-06 07:31:02 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | N. Las Vegas |
| 22 | 70.180.252.114 | 28748 | µTorrent 3.4.5 | 2016-02-06 20:24:42 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 23 | 70.189.239.110 | 19271 | µTorrent 3.4.5 | 2016-02-09 03:45:30 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 24 | 98.167.86.26 | 62894 | µTorrent 3.4.5 | 2016-02-10 03:44:52 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Henderson |
| 25 | 68.104.93.248 | 24871 | µTorrent 3.4.5 | 2016-02-11 23:12:34 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 26 | 98.160.232.58 | 50447 | Azureus 5.7.0 | 2016-02-12 03:56:37 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 27 | 70.173.107.109 | 60359 | µTorrent 3.4.5 | 2016-02-13 18:25:52 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 28 | 68.227.42.132 | 59064 | BitTorrent 7.9.5 | 2016-02-17 14:28:16 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |
| 29 | 70.170.4.104 | 52570 | BitTorrent 7.9.5 | 2016-02-18 14:58:28 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | N. Las Vegas |
| 30 | 70.173.172.140 | 54225 | µTorrent 3.4.5 | 2016-02-25 11:44:01 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO | SHA1: 8968438F8D8F7C433F4B88A24322B8763A3E9885 | Cox Com | NV | Las Vegas |