EXHIBIT "2"
TO THE PLAINTIFF'S COMPLAINT

PLAINTIFF'S COPYRIGHT REGISTRATION

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-766-976**

Effective Date of Registration:
March 13, 2015

## Title
Title of Work: Queen of the Desert

## Completion/Publication
Year of Completion: 2015

## Author
- Author: QOTD Film Investment Ltd.
- Author Created: entire motion picture
- Work made for hire: Yes
- Citizen of: United Kingdom
- Domiciled in: United Kingdom

## Copyright Claimant
Copyright Claimant: QOTD Film Investment Ltd.
2-4 Bucknall Street, London, WC2H 8LA, United Kingdom

## Limitation of copyright claim
Material excluded from this claim: script/screenplay
Previous registration and year: PAu 3-744-537, 2013

New material included in claim: production as a motion picture

## Rights and Permissions
Organization Name: Benaroya Pictures
Name: Michael Benaroya
Email: michael@benaroyapics.com
Telephone: (424)278-4224
Address: 8383 Wilshire Boulevard
Suite 310
Beverly Hills, CA 90211 United States

## Certification

Page 1 of 2

**Name:** Joseph Lanius
**Date:** March 10, 2015

