UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

QOTD Film Investment Ltd,

       Plaintiff(s),

vs.

Daniel Stewart, et al.

       Defendant(s).

Case # 2:16-cv-00928-APG-GWF

**DEFAULT**

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __April 24, 2016__
(Original, Amended, etc.)      (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Vikram Chohan, Samuel Witwer, Angel Tarango, Roger Clancy, Lucie Valentine, Suresh Lachwani, Gona Lopez, David Skred, and Rocksroy Bailey__

in the above-entitled action is hereby entered.

DATED: 10/11/2016

LANCE S. WILSON, CLERK

By: /s/ ADR

Deputy Clerk