|   |   |
|---|---|
| 1 | CHARLES C. RAINEY, ESQ. |
| 2 | Nevada Bar No. 10723<br>*crainey@hamricklaw.com* |
| 3 | HAMRICK & EVANS LLP<br>7670 W. Lake Mead Blvd., Ste. 140 |
| 4 | Las Vegas, Nevada 89128<br>+1.702.425.5100 (ph) |
| 5 | *Attorney for Plaintiff* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| QOTD FILM INVESTMENT LTD., a U.K. private limited company, | ) ) ) Case No.: 2:16-cv-928-APG-GWF |
|---|---|
| Plaintiff, | ) ) |
| vs. | ) ) |
| DANIEL STEWART, an individual; VIKRAM CHOHAN, an individual; JOE TOWNSEND, an individual; GERALD LOPEZ, an individual; RONALD ESTES, an individual; REBECCA GONZALEZ, an individual; SAMUEL WITWER, an individual; SHARON KATNER, an individual; BRANDEN DEGLER, an individual; ANGEL TARANGO, an individual; ROGER CLANCY, an individual; LUCIE VALENTINE, an individual; JESSICA SABINA, an individual; SURESH LACHHWANI, an individual; GONA LOPEZ, an individual; DAVID SKRED, an individual; ROCKSROY BAILEY, an individual; EDWARD MANNIX, an individual; MOHAMMED IBRAHAM ANSALAMI, an individual; and DOES 1 – 30, | ) **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS JESSICA SABINA, GERALD LOPEZ, REBECCA GONZALEZ, SHARON KATNER, BRANDON DEGLER, AND RONALD ESTES** |
| Defendants | ) |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff QOTD FILM INVESTMENT LTD., a U.K. private limited company ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, hereby

1  voluntarily dismisses Defendants JESSICA SABINA, GERALD LOPEZ,
2  REBECCA GONZALEZ, SHARON KATNER, BRANDON DEGLER, and RONALD
3  ESTES, <u>and only</u>, Defendants JESSICA SABINA, GERALD LOPEZ, REBECCA
4  GONZALEZ, SHARON KATNER, BRANDON DEGLER, and RONALD ESTES
5  from the above-captioned case.
6      Respectfully submitted November 29, 2016.

/s/ Charles C. Rainey
CHARLES C. RAINEY, ESQ./MBA/LL.M.
crainey@hamricklaw.com
HAMRICK & EVANS LLP
2600 W. Olive Ave., Ste. 1020
Burbank, California 91505
818.763.5292 (ph)/ 818.763.2308 (fax)
*Attorney for Plaintiff*

HAMRICK & EVANS LLP